IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Washington, Rose Lee

Printed: 7/1/08

Case Number: 05 B 30050
Judge: Hollis, Pamela S
Filed: 8/1/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  May 1, 2008
Confirmed:  September 26, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 21,447.82 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 17,608.43 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,694.00 |
| Trustee Fee: |  | 1,132.58 |
| Other Funds: |  | 12.81 |
| Totals: | 21,447.82 | 21,447.82 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,694.00 | 2,694.00 |
| 2. | Marshall Field & Company | Unsecured | 457.22 | 300.58 |
| 3. | Bank Of America | Unsecured | 2,656.11 | 1,746.27 |
| 4. | Discover Financial Services | Unsecured | 6,480.37 | 4,260.49 |
| 5. | Resurgent Capital Services | Unsecured | 5,184.40 | 3,408.48 |
| 6. | Target National Bank | Unsecured | 1,755.33 | 1,154.07 |
| 7. | Resurgent Capital Services | Unsecured | 426.09 | 267.99 |
| 8. | Resurgent Capital Services | Unsecured | 9,841.97 | 6,470.55 |
| 9. | CB USA | Unsecured |  | No Claim Filed |
| 10. | Household Bank (SB) N A | Unsecured |  | No Claim Filed |
|  |  |  | $ 29,495.49 | $ 20,302.43 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 395.73 |
| 5% | 100.80 |
| 4.8% | 192.47 |
| 5.4% | 443.58 |
|  | $ 1,132.58 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Washington, Rose Lee | Case Number:  05 B 30050 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/1/08 | Filed:  8/1/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

